```
FILED
APR 08 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr., Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs.<br>SANTIAGO CANIZALES-ARAUJO,<br>Defendant. | Case No. 14-CR-2600-GT<br><br>**ORDER FOR CONTINUANCE** |

**IT IS HEREBY ORDERED** that the sentencing hearing presently set for Monday, April 20, 2015, at 9:30 a.m. be continued until **Monday, May 4, 2015, at 9:30 a.m.** The defendant is in custody, and plead guilty on December 22, 2014.

**IT IS SO ORDERED.**

DATED: 4-8-15

GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE